1  Matt Valenti, Esq. (State Bar No. 253978)
2  E-mail: mattvalenti@valentilawapc.com
   VALENTI LAW APC
3  5252 Balboa Avenue, Suite 700
4  San Diego, CA 92117
   Phone: (619) 540-2189
5
6  Attorney for Plaintiff Raul Uriarte-Limon

7

8

9                    UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| RAUL URIARTE-LIMON,<br><br>    Plaintiff,<br><br>vs.<br><br>DRIVE THRU LIQUOR INC, a California corporation dba HAPPY LIQUOR; GIRISH SOLANKI as an individual and as representative capacity as trustee of the GIRISH AND REKHA SOLANKI 2009 LIVING TRUST; REKHA SOLANKI as an individual and as representative capacity as trustee of the GIRISH AND REKHA SOLANKI 2009 LIVING TRUST; and DOES 1-10,<br><br>    Defendants. | Case No.: 5:23-cv-1809<br><br>**NOTICE OF WITHDRAWL OF DUPLICATE COMPLAINT FILED IN ERROR** |

**NOTICE OF WITHDRAWL OF DUPLICATE COMPLAINT FILED IN ERROR** - 1

1   Plaintiff RAUL URIARTE-LIMON hereby withdraws the Complaint and
2   case initiation for this case, case number 5:23-cv-1809. It was filed in error and is
3   a duplicate of the complaint filed in case number 5:23-cv-1794 on September 1,
4   2023 (which is <u>not</u> being withdrawn). Plaintiff's counsel apologizes for any
5   inconvenience.

7   Respectfully submitted,

9   DATED:  September 5, 2023                    VALENTI LAW APC

11                                            By:  */s/ Matt Valenti*
12                                                 Matt Valenti, Esq.
                                                   Attorney for Plaintiff